UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| GERALD GERKEN, | ) | CIV. 10-4146-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| FARMERS INSURANCE EXCHANGE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the joint motion to dismiss with prejudice, it is

ORDERED, ADJUDGED and DECREED that plaintiff's complaint dated October 1, 2010, is dismissed upon the merits with prejudice, without taxation of costs or disbursements, and with the parties to bear their own attorneys' fees.

Dated March 23, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE